# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

CYNTHIA PATTERSON,

    Plaintiff,

vs.

CREDIT PROTECTION ASSOCIATION, LP,

    Defendant.

2:16-cv-00512-APG-VCF

**ORDER**

    Before the court is the Notice of Settlement Between Cynthia Patterson and Credit Protection Association, LP (ECF No. 13).

    IT IS HEREBY ORDERED that the proposed stipulation and order for dismissal must be filed on or before September 20, 2016.

    DATED this 21st day of July, 2016.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE