David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, Cynthia Patterson*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| Cynthia Patterson,<br><br>    Plaintiff,<br><br>v.<br><br>CREDIT PROTECTION ASSOCIATION, LP,<br><br>    Defendants. | Case No. 2:16-cv-00512-APG-VCF<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO CREDIT PROTECTION ASSOCIATION, LP** |

   Plaintiff Cynthia Patterson and Credit Protection Association, LP hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice

…

…

…

…

…

…

…

…

in accordance with Fed. R. Civ. P. 41 (a)(2) as to **Credit Protection Association, LP**. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated: September 14, 2016

| By: | By: |
|---|---|
| /s/David H. Krieger, Esq.<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue<br>Suite 350<br>Henderson, Nevada 89123<br>*Attorney for Plaintiff* | /s/ Gina M. Mushmeche, Esq.<br>Gina M. Mushmeche, Esq.<br>Kravitz, Schnitzer & Johnson, CHTD<br>8985 S. Eastern Avenue, Suite 200<br>Las Vegas, NV 89123<br>*Attorney for Defendant Credit Protection Association, LP*<br><br>/s/ Michael R. Ayers, Esq.<br>Michael R. Ayers, Esq.<br>Hinshaw & Culbertson, LLP<br>2375 E. Camelback Road, Suite 750<br>Phoenix, AZ 85016<br>*Attorney for Defendant Credit Protection Association, LP* |

**ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: September 14, 2016